IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT GRGEK,

      Appellant,

v.

      Case No. 5D22-172
      LT Case No. 2021-30088-CICI

ATHENE ANNUITY AND LIFE
ASSURANCE COMPANY, THE
ESTATE OF JOSEPH J. DANKO,
MARILYN VERONICA GRGEK,
SUZANNE PLOCHARCZYK,
TRUIST BANK F/K/A/
SUNTRUST BANK,

      Appellees.

_____/

Decision filed November 8, 2022

Appeal from the Circuit Court
for Volusia County,
Mary G. Jolley, Judge.

Patrick J. Thompson, Your Lawyer
Services PLLC, Lake Mary, for
Appellant.

Allison Morat, of Bitman O'Brien &
Morat, PLLC, Lake Mary, for Athene
Annuity and Life Assurance Company.

No appearance for remaining Appellees.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EVANDER and HARRIS, JJ., concur.